9/15/15

MOTION DENIED (-03)
DATE: 9-22-15
BY: PC

79,550-01,02,03

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

MOTION DISMISSED (-02+-01)
DATE: 9-22-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

Re: Christine Lee Jones
Ta. Ct. No. 1155790 A-B-C

Dear Abel Acosta,

I have completed applications for a writ of habeas corpus pertaining to my case. According to the Texas Penal Code, the statute of limitations was expired. The original case was dismissed. When I was charged again the statute of limitations was expired. The Texas Penal Code states there is a 5 year limitation form the date of offense.

Please reconsider my application.

Respectfully,

Christine Lee Jones

DATE OF Offense: 9-16-1997

MOTION DISMISSED

BY:
DATE:
MOTION DENIED